Ittel, Jr., et al. *v.* Tucker, et al.

Argued March 12, 1973, before Judges WILKINSON, JR., MENCER and BLATT, sitting as a panel of three.

*Rochelle S. Friedman,* with her *Frank W. Ittel, Jr.,* for petitioners.

*Lawrence J. Beaser,* Deputy Attorney General, with him *Israel Packel,* Attorney General, for respondents, Tucker, Sparvero, Wekselman, Johnson and Schwartz.

*William R. Caroselli,* Assistant County Solicitor, with him *Anthony V. DeCello,* Assistant County Solici-

tor, and *Francis A. Barry,* County Solicitor, for respondents, Staisey, Foerster and Hunt.

OPINION PER CURIAM, March 13, 1973:

For the reasons set forth in our opinion filed in *Allegheny County Commissioners, et al. v. C. DeLores Tucker,* 7 Pa. Commonwealth Ct. 649,     A. 2d    , filed February 20, 1973, we enter the following

ORDER

AND NOW, March 13, 1973, the Petition for Declaratory Judgment is allowed, and we hereby declare that the Act of December 29, 1971, P. L. 630, No. 167, Section 3, 17 P.S. §790.63, is constitutional, and declare further that the commissions issued by C. DeLores Tucker, Secretary of the Commonwealth, to respondents Louis Sparvero, I. Martin Wekselman, Livingstone Johnson, and Nathan Schwartz are valid.